IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM D. FLORES,

        Plaintiff,

v.                                                               No. CIV 14-1008 JB/KBM

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order Adopting the Magistrate Judge's Analysis and Recommended Disposition, filed February 29, 2016 (Doc. 24)("MOO"). In the MOO, the Court adopted the Proposed Findings and Recommended Disposition, filed February 10, 2016 (Doc. 23)("PFRD"), in which the Honorable Karen B. Molzen, Chief Magistrate Judge for the District of New Mexico, recommended that the Court deny the requests in Plaintiff William D. Flores' Motion to Reverse and Remand for a Rehearing with Supporting Memorandum, filed June 16, 2015 (Doc. 16)("Motion to Remand"), affirm the Commissioner's decision, and dismiss the Complaint, filed November 6, 2014 (Doc. 1). See PFRD at 36; MOO at 8. Because the Court has adopted the PFRD, denied the requests in the Motion to Remand, and dismissed the Complaint, entry of final judgment is appropriate in this matter.

      **IT IS ORDERED** that final judgment is entered, and this civil proceeding is dismissed with prejudice.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

*Counsel*:

Michael D. Armstrong
Michael D. Armstrong Law Office
Albuquerque, New Mexico

-- and --

Francesca J. MacDowell
MacDowell Law, P.C.
Placitas, New Mexico

      *Attorneys for the Plaintiff*

Damon P. Martinez
  United States Attorney
Manuel Lucero
  Assistant United States Attorney
U.S. Attorney's Office
Albuquerque, New Mexico

-- and --

Michael Arlen Thomas
Noah Schabacker
Social Security Agency
Office of the General Counsel
Denver, Colorado

      *Attorneys for the Defendant*